FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        No. 14-CR-4223 MCA

PEDRO ROMERO-VEGA,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 34), filed February 6, 2015. In the Proposed Findings and Recommended Disposition, Magistrate Judge Khalsa recommended granting Defendant's Motion to Suppress (Doc. 16), filed December 22, 2014. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Criminal Procedure 59(b)(2), the United States was required to file objections to the Proposed Findings and Recommended Disposition with the Clerk of the District Court within fourteen (14) days if it wanted the undersigned to review the Proposed Findings and Recommended Disposition. However, the fourteen-day period has expired and the United States has filed no objections.

After a *de novo* review of the PFRD and the record in this case, and being otherwise informed in the premises, this Court adopts the Proposed Findings and Recommended Disposition in its entirety.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 34) are ADOPTED.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (Doc. 16) is **GRANTED**.

SO ORDERED this 26th day of February, 2015.

_____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE